FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -7 PM 1:43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERRY SHEPPARD

CIVIL ACTION
NO. 05-6616

VERSUS

OCEANEERING INTERNATIONAL, INC.

SECTION M

## ORDER

Before the Court is Plaintiff's Motion for Severance and Expedited Maintenance and Cure Trial, which is opposed by Defendant and which came for hearing on June 7, 2006, on the briefs. After consideration of the motions, the briefs, and the applicable law, the Court denies the Motion.

**Facts:**

Plaintiff Jerry Sheppard, a diver for Oceaneering International, Inc. (Oceaneering), injured his back on May 10, 2005 while performing repairs to a platform in the Gulf of Mexico. In October, 2005 he underwent a two level fusion, and is presently undergoing rehabilitation. Oceaneering is providing maintenance payments to Sheppard of $33 per day. Sheppard alleges that his living expenses far exceed the maintenance, and that his requests for increases in payment have been denied; therefore, he moves this Court for

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____

an Order severing his cause of action for maintenance benefits and setting the trial for maintenance on an expedited basis.

**Analysis:**

A separate hearing on the issue of maintenance and cure is not warranted in this case. Plaintiff has requested a jury trial, the trial is set for November 27, 2006, and discovery is not complete. Given the proximity of trial date and the likelihood that the same experts would testify at both trials, judicial economy dictates that the trial not be severed.

**Accordingly**, the plaintiffs Motion to Sever and for Expedited Trial solely on the issue of maintenance and cure is hereby **DENIED**.

New Orleans, Louisiana, this 7th day of June, 2006.

_____
Peter Beer
United States District Judge