```
                              FILED
                         U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                         2006 OCT 11  PM 12:02

                          LORETTA G. WHYTE
                                CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY SHEPHERD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6616** |
| **OCEANEERING INTERNATIONAL, INC.** | **SECTION M** |

### ORDER

Before the Court is Defendant's Motion for Partial Summary Judgment which is opposed by Plaintiff and which came for hearing on October 11, 2006, on the briefs.

In last week's Order of September 27, 2006, this Court found that, in the facts as presented in this case, the jury should determine whether or not there was negligence on the part of the plaintiff and/or defendant and apportion the liability. The jury should also be allowed to determine the issue of unseaworthiness. Summary judgment is not appropriate.

**ACCORDINGLY**, Defendant's Motion is **DENIED**.

New Orleans, Louisiana, this 11 day of October, 2006.

_____
Peter Beer
United States District Judge

```
___ Fee_____
___ Process___
 X  Dktd_____
 √  CtRmDep__
___ Doc. No___
```